## KAISER ALUMINUM & CHEMICAL CORPORATION

v.

## Alonzo ROBINSON.

### No. 78–269–Appeal.

Supreme Court of Rhode Island.

Nov. 29, 1979.

Quinn, Cuzzone & Geremia, Cameron P. Quinn, Providence, for plaintiff-appellee.

Lovett & Linder, Ltd., Lauren E. Jones, Providence, for defendant-appellant.

## ORDER

The employee's motion to grant his appeal is denied. The employer's motion for extension of the time for filing its brief to December 15, 1979 is granted.

DORIS, J., did not participate.